UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE STEWART,<br><br>                    Petitioner,<br><br>        -against-<br><br>JAIFA COLLADO,<br><br>                    Respondent. | 1:21-CV-5197 (LTS)<br><br>ORDER DENYING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Petitioner has sufficient assets to pay the $5.00 filing fee. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1). Petitioner is directed to pay the $5.00 filing fee within 30 days of the date of this order. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed. The Clerk of Court is directed mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   June 11, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge