USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WAYNE STEWART,

                Petitioner,

    -v-

JAIFA COLLADO,

                Respondent.
-------------------------------------------------------------X

**ORDER**

21-CV-5197 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By letter dated December 13, 2022, and filed on January 4, 2023, petitioner has requested that the Court send him a copy of the affidavit of service that showed service of his 440.10 motion on the District Attorney's office. Attached to this Order is a copy of that affidavit, which the Court by this Order will send to petitioner.

      **SO ORDERED.**

Dated: January 5, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) s.s.:
COUNTY OF DUTCHESS)

Wayne Stead, being duly sworn, deposes and states:

1. I am over the age of 18 and reside at <u>Fishkill Correctional Facility, P.O. Box 1245, Beacon, New York 12508-8245.</u>

2. On 10-19-2022, I served the within: Fishkill Corr. Fac R.M.U. Mail Box

upon: Complete 440.10 Motion - 3 copies

at the following address: Southern District of New York, 500 Pearl Street, New York NY 10007 | Criminal Court of the City of NY, 100 Centre Street Part 81, New York N.Y. 10013 | One Hogan Place, New York NY 10013

by depositing a true copy of the within in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the Department of Correctional Services of New York.

Wayne Stead
Pro-Se #17A1622

SWORN TO BEFORE ME THIS 19th
DAY OF October, 2022

Dawn Osselmann
NOTARY PUBLIC

DAWN OSSELMANN
NOTARY PUBLIC STATE OF NEW YORK
DUTCHESS COUNTY
LIC. # 01OS6363176
COMM. EXP. 8/28/2025