```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WAYNE STEWART,

               Petitioner,

   -v-

JAIFA COLLADO,

               Respondent.
-------------------------------------------------------------X

**ORDER**

21-CV-5197 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By letter received in chambers and filed on March 19, 2024, petitioner informed the Court that he has been transferred to a medical unit and that he has no access to his papers relating to this case or his New York state court case. He has requested information regarding his request for leave to appeal to the First Department. Counsel for respondent is directed to inform petitioner and this Court **by March 29, 2024** whether petitioner's leave to appeal has been granted by the First Department (and any other information regarding the status of the appeal).

The Clerk is respectfully requested to update petitioner's address with the following:

    Wayne Stewart DIN 17A1622
    Mohawk Correctional Facility
    Walsh Regional Medical Unit, 6514 Rt. 26
    P.O. Box 8451
    Rome NY 13442

**SO ORDERED.**

Dated: March 19, 2024
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge