```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WAYNE STEWART,

      Petitioner,

      -against-

JAIFA COLLADO,

      Respondent.
------------------------------------------------------------------X

**ORDER**

21-CV-5197 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge**

    By letter filed on August 28, 2024, petitioner informed the Court that he had encountered barriers to accessing the prison's law library and requested an extension to file his reply papers. In light of the difficulties posed by Stewart's health, the length of the government's opposition, and his difficulty with use of the prison's law library, Stewart may have an additional extension to file his reply papers, such that they will now be due on October 25. The Court reminds Defendant of the importance of providing Stewart access to legal research materials. Defendant is directed to provide a status update to the Court by September 18 concerning resolution of the barriers to access identified by Stewart in his letter.

    The Clerk of Court is directed to mail a copy of this Order to Stewart.

    **SO ORDERED.**

Dated: September 4, 2024
       New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge