```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WAYNE STEWART,                                          :
                                                        :
                Petitioner,                             :      **ORDER**
                                                        :
                                                        :
        -against-                                       :      21-CV-5197 (VEC) (HJR)
                                                        :
JAIFA COLLADO,                                          :
                                                        :
                Respondent.                             :
                                                        :
------------------------------------------------------------------------X
```

**HENRY J. RICARDO, United States Magistrate Judge**

By letter dated August 29, mailed on August 30, and filed on September 6, 2024, petitioner informed the Court that he had been transferred to Coxsackie Correctional Facility and had not received his papers relating to his petition at this new facility. Not in receipt of the Court's previous order entered on September 4 at Dkt. No. 56, petitioner requests an extension of the deadline to file his reply papers and assistance obtaining his case file at his new location. In the status letter respondent is required to provide by September 18, respondent is additionally directed to inform the Court as to the status of the transfer of petitioner's personal property relating to the petition and as to his location.

As the Court has already granted petitioner's requested extension in its September 4 order, his extension request in his August 29 letter is denied as moot.

The Clerk of Court is directed to update petitioner's mailing address to:

Wayne Stewart DIN 17A1622
Coxsackie Correctional Facility Regional Medical Unit

P.O. Box 999
Coxsackie, New York 12051-0999

The Clerk of Court is directed to mail a copy of this order, as well as the

Court's previous order at Dkt. No. 56, to petitioner at his new address.

**SO ORDERED.**

Dated: September 10, 2024
       New York, New York

HENRY J. RICARDO
United States Magistrate Judge