```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WAYNE STEWART,

      Petitioner,                             **ORDER**

     -against-                          21-CV-5197 (VEC) (HJR)

JAIFA COLLADO,

      Respondent.
------------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge**

The Court has received a September 18, 2024, letter from respondent. Dkt. No. 59. While this letter provided some of the information previously requested, it did not "inform the Court as to the status of the transfer of petitioner's personal property relating to the petition," as directed in the Order dated September 10, 2024. Dkt. No. 58. Respondent should provide this information as soon as it becomes available.

    **SO ORDERED.**

    Dated: September 19, 2024
           New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge