```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WAYNE STEWART,                                                    :
                                                                  :
                Petitioner,                                       :     ORDER
                                                                  :
                                                                  :
        -against-                                                 :     21-CV-5197 (VEC) (HJR)
                                                                  :
JAIFA COLLADO,                                                    :
                                                                  :
                Respondent.                                       :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2024

**HENRY J. RICARDO, United States Magistrate Judge**

The Court has received letters dated September 18, 2024, and September 19, 2024, from petitioner. Dkt. Nos. 61–62. The letters state that petitioner now has access to a digital law library, but still lacks access to his personal property relating to the petition, including motion papers and transcripts from the state court trial. Respondent was previously directed to "inform the Court as to the status of the transfer of petitioner's personal property relating to the petition," but has yet to do so. Dkt. No. 58. Respondent is directed to mail copies of the petition (Dkt. No. 2), his response (Dkt. No. 49), memorandum of law (Dkt. No. 50), and the state court transcript (Dkt. No. 51) to petitioner's new address by October 2, 2024.

The Clerk of Court is respectfully directed to mail a copy of this order to petitioner.

**SO ORDERED.**

Dated: September 25, 2024
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge