USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE STEWART,

                Petitioner,

    -against-

JAIFA COLLADO,

                Respondent.

21-CV-5197 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a Report & Recommendation ("R&R") regarding Petitioner's 28 U.S.C. § 2254 petition was published on February 7, 2025, in which Judge Ricardo recommends denying the petition, *see* Dkt. 67;

    WHEREAS the R&R set a deadline of February 21, 2025 for objections;

    WHEREAS on March 3, 2025, a letter was received from Jessica Pagan and docketed, on Petitioner's behalf, informing the Court that Petitioner received the R&R, and "officers informed Mr. Stewart that Coxsackie is shut down no mail Stewart objection reply as it is no fault of his own concerning the mail," *see* Dkt. 68; and

    WHEREAS based on the letter, the Court has no way of knowing whether Petitioner intended to file objections to the R&R and has been unable to.

    IT IS HEREBY ORDERED that the Government must provide an update by no later than April 22, 2025, indicating whether mail privileges (in-coming or out-going) were suspended at Petitioner's facility and, if they were, whether and when they were restored.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner, DIN: 17A1622, Regional Medical Unit P.O. Box 999, Coxsackie, N.Y. 12051 and to Jessica Pagan at 1112 East 211th Street GF, Bronx, N.Y. 10469.

**SO ORDERED.**

Dated: April 8, 2025
        New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**