UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE STEWART,

                        Petitioner,                      21 **CIVIL** 5197 (VEC)

      -against-                                **JUDGMENT**

JAIFA COLLADO,

                        Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 30, 2025, the Court adopts the Report & Recommendation in full, and the petition is DENIED.

Because the R&R gave the parties adequate warning, see Dkt. 67 at 38-39, the failure to file any objections to the R&R precludes appellate review of this decision, see Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). Accordingly, the case is closed.

**DATED:** New York, New York
            October 31, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                                          **BY:**

                                                                      **Deputy Clerk**