UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025
```

| | |
|---|---|
| WAYNE STEWART,<br><br>                     Petitioner,<br><br>       -against-<br><br>JAIFA COLLADO,<br><br>                     Respondent. | 21-CV-5197 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 9, 2021, Petitioner Wayne Stewart filed a 28 U.S.C. § 2254 petition against Respondent Jaifa Collado, Executive Deputy Commissioner of the Department of Corrections and Community Supervision, Dkt. 2;

WHEREAS on July 19, 2021, the Court referred this case to the designated Magistrate Judge, now Magistrate Judge Henry J. Ricardo, for a Report & Recommendation ("R&R") on the petition, Dkt. 5;

WHEREAS on February 7, 2025, Judge Ricardo published an R&R in which Judge Ricardo recommended denying the petition, *see* Dkt. 67, and no objection was filed by either party, *see* Dkt. 81;

WHEREAS the Court adopted the R&R in full and denied the petition, Dkt. 81; and

WHEREAS as stated in the Court's October 30, 2025, Order at Dkt. 81 and Judge Ricardo's December 9, 2025, Order at Dkt. 86, the R&R gave the parties adequate warning that the failure to file any objections to the R&R precludes appellate review of this decision, *see* Dkt. 67 at 38-39.

IT IS HEREBY ORDERED that the Court declines to issue a certificate of appealability.

1

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner,

DIN: 17A1622, Regional Medical Unit P.O. Box 999, Coxsackie, N.Y. 12051.

**SO ORDERED.**

_____
**Date:  December 11, 2025
New York, New York**

　　　　　　　　　　　**VALERIE CAPRONI
United States District Judge**